No. 3623.—Pueblo, apldo., *v.* Marrero, aplte.—C. D. San Juan. Acometimiento y agresión. Julio 16, 1928.

No. 3475.—Pueblo, apldo., *v.* Galán, aplte.—C. D. San Juan. Violación. Julio 16, 1928.

No. 3608.—Pueblo, apldo., *v.* Attany (*a*) Gregorio Valera, aplte.—C. D. Arecibo. Hurto. Julio 16, 1928.

No. 3614.—Pueblo, apldo., *v.* Feliciano, aplte.—C. D. Ponce. Homicidio voluntario. Julio 16, 1928.

No. 3618.—Pueblo, apldo., *v.* Marrero, aplte.—C. D. San Juan. Portar armas. Julio 16, 1928.

No. 3622.—Pueblo, apldo., *v.* Sáenz, aplte.—C. D. San Juan. Homicidio voluntario. Julio 16, 1928.

No. 3615.—Pueblo, apldo., *v.* Lebrón, aplte.—C. D. Guayama. Acometimiento y agresión. Julio 16, 1928.

No. 3621.—Pueblo, apldo., *v.* González y Ayuso, apltes.—C. D. San Juan. Robo. Julio 16, 1928.

No. 3624.—Pueblo, apldo., *v.* Rodríguez Cordero, aplte.—C. D. San Juan. Falsa representación. Julio 16, 1928.

No. 3626.—Pueblo, apldo., *v.* Ambert, aplte.—C. D. San Juan. Adulteración de leche. Julio 16, 1928.

No. 3625.—Pueblo, apldo., *v.* Dávila, aplte.—C. D. San Juan. Alterar la paz. Julio 16, 1928.

No. 3628.—Pueblo, apldo., *v.* Cruz, aplte.—C. D. Humacao. Acometimiento y agresión. Julio 16, 1928.

No. 3629.—Pueblo, apldo., *v.* Cruz, aplte.—C. D. Humacao. Portar armas. Julio 16, 1928.

No. 3595.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. San Juan. Asesinato. Julio 23, 1928. Denegada la reconsideración. Julio 26, 1928.

No. 3507 y 3508.—Pueblo, apldo., *v.* Morales, aplte.—C. D. Mayagüez. Asesinato 2° grado. Diciembre 19, 1928.

No. 3574.—Pueblo, apldo., *v.* Desarden, aplte.—C. D. Mayagüez. Mayo 28, 1928.